**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff(s), | ) | Case No: 26cr219 |
| | ) | |
| v. | ) | Magistrate Judge: M. David Weisman |
| | ) | |
| Tommy Seward, | ) | |
| | ) | |
| Defendant(s), | ) | |

## ORDER

Arraignment proceedings held. 16.1 (A) Conference to be held by 6/2/26.  The matter is set for a status hearing before Judge Rowland on 7/7/26 at 10:15 a.m. The Court will defer the setting of a pretrial motion schedule until the initial status hearing before Judge Rowland. The Government's oral motion to exclude time is granted. Enter excludable time from 5/19/26 to and including 7/7/26 in the interest of justice to allow both parties to continue the investigation and to prepare pretrial matters. See 18 U.S.C. §§ 3161 (h)(7)(A), (h)(7)(B)(iv), (X-T).

T: (00:03)

Date: May19, 2026

M. David Weisman
United States Magistrate Judge